# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIT'L PEPPER GOURMET, INC., <br><br> Plaintiff, <br><br> v. <br><br> US FOODS, INC., <br><br> Defendant. | Case No. 17-cv-02080-BAS-JLB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> **[ECF No. 49]** |

The parties have jointly moved to dismiss this action with prejudice pursuant to Rule 41(a)(1) as to all parties because the case was resolved as a class action in a related case. (ECF No. 49.) Having considered the joint motion, the Court **GRANTS** the parties' request. The action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Hon. Cynthia Bashant
United States District Judge

**DATED: February 14, 2019**